**Order entered November 23, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-21-00439-CV
No. 05-21-00440-CV
No. 05-21-00441-CV

**IN RE MOLLY WILKERSON, Relator**

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-53554-2020**

## ORDER
Before Justices Schenck, Nowell, and Garcia

Before the Court is relator's November 18, 2021 motion to abate. In her motion, relator asks us to abate these original proceedings until this Court resolves the appeal of the order declaring her a vexatious litigant.

We **GRANT** the motion, and we **ABATE** these original proceedings. These cases shall be removed from the Court's active docket until further order of this Court.

/s/    ERIN A. NOWELL
       JUSTICE